NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPARTON CORPORATION,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5014

---

Appeal from the United States Court of Federal Claims in case no. 92-CV-580, Judge Edward J. Damich.

---

**ON MOTION**

---

Before NEWMAN, FRIEDMAN,* and LOURIE, *Circuit Judges.*

PER CURIAM.

**O R D E R**

---

*    Judge Friedman, who passed away July 6, 2011, participated in the panel's previous disposition of this appeal but did not participate in this order on reconsideration.

Sparton Corporation moves for reconsideration of this court's order dismissing its appeal for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

AUG 2 9 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Steven Kreiss, Esq.
    Gary L. Hausken, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 9 2011

JAN HORBALY
CLERK